F. Meyer & Bro. Company, appellant, v. Samuel Iddings, appellee.
Gen. No. 8,589.

 Heard in this court at the
October term, 1931. Opinion filed October 17, 1932.
Montgomery & Montgomery and C. Everett Smith, for appellant.
H. F. Trapp, for appellee.
Per curiam.